166 A.3d 1175

IN THE MATTER OF KATRINA F. WRIGHT, AN ATTORNEY
AT LAW (ATTORNEY NO. 002531988)

September 8, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–287, concluding that as a matter of final discipline pursuant to *Rule* 1:20–4(f)(default by respondent), that **KATRINA F. WRIGHT** formerly of **WILLINGBORO,** who was admitted to the bar of this State in 1988, should be suspended from the practice of law for six months for violating *RPC* 3.4(c)(knowingly disobeying an obligation under the rules of a tribunal), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **KATRINA F. WRIGHT** is suspended from the practice of law for a period of six month and until the further Order of the Court, effective October 6, 2017; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(d); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.